NUMBER
13-11-00153-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

QUALITY MARINE
SERVICES, INC.,                                         Appellant,

 

                                                             v.

 

CAMILLE MARQUES
WILLIAMS AND 

ANTHONY WILLIAM
"TONY" MARQUES, JR. 

ON BEHALF OF THE
ESTATE OF 

MICHAEL WAYNE
MARQUES, ET AL.,                                    Appellees.

____________________________________________________________

 

                          On
Appeal from the 357th District Court 

                                      of
Cameron County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

             Before Chief Justice Valdez and Justices Rodriguez and Garza

Memorandum Opinion
Per Curiam

 








Appellant,
Quality Marine Services, Inc., filed an appeal from a judgment entered by the 357th
District Court of Cameron County, Texas, in cause number 2007-11-5495-E. 
Appellant has filed an agreed motion to dismiss the appeal on grounds that all
matters in controversy have been resolved.  Appellant requests that this Court
dismiss the appeal with prejudice.

The
Court, having considered the documents on file and appellant=s agreed motion to dismiss the appeal, is of the opinion
that the motion should be granted.  See Tex. R. App. P. 42.1(a).  Appellant=s motion to dismiss is granted, and the appeal is hereby
DISMISSED WITH PREJUDICE.  In accordance with the agreement of the parties,
costs are taxed against the party incurring same. See Tex. R. App. P. 42.1(d) ("Absent
agreement of the parties, the court will tax costs against the
appellant.").  Having dismissed the appeal at appellant's request, no
motion for rehearing will be entertained, and our mandate will issue forthwith.

 

PER
CURIAM

Delivered and filed the 

21st day of July, 2011.